AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| RIGOBERTO LOPEZ RAMIREZ,<br><br>*Plaintiff(s)*<br>v.<br>COLOMBO'S FRUIT MARKET CORP.;<br>COLOMBO'S FRUIT & VEGETABLE MARKET, INC.<br>dba COLOMBO'S FRUIT & VEGETABLE MARKET;<br>and MARTIN ARANDA FUENTES, individually,<br>*Defendant(s)* | Civil Action No. 25 CV 3530 ENV-RML |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  
COLOMBO'S FRUIT MARKET CORP.  
7549 Metropolitan Avenue  
Middle Village, New York 11379  

MARTIN ARANDA FUENTES  
7549 Metropolitan Avenue  
Middle Village, New York 11379  

COLOMBO'S FRUIT & VEGETABLE MARKET, INC.  
7549 Metropolitan Avenue  
Middle Village, New York 11379  

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cilenti & Cooper, PLLC  
60 East 42nd Street - 40th Floor  
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Brenna Mahoney*  
CLERK OF COURT

Date: 6/24/2025    s/ *Kimberly Davis*  
  *Signature of Clerk or Deputy Clerk*